# FORM 5. INVOLUNTARY PETITION

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois, Eastern Division | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – if Individual: Last, First, Middle)<br>**Emerald Casino, Inc.** | ALL OTHER NAMES Used by debtor in the last 6 years (Include married, maiden and trade names.)<br>**HP, Inc.** |
|---|---|
| SOC. SEC./TAX I.D. NO. (if more than one, state all.)<br>**FEIN # 36-380-1844** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, sate and zip code)<br>**120 N. LaSalle Street, Suite 3300**<br>**Chicago, Illinois 60602-3402** | MAILING ADDRESS OF DEBTOR (if different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Cook** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7      ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
- ☐ Debts are primarily consumer debts
- ☒ Debts are primarily business debts (complete sections A and B)

**TYPE OF DEBTOR**
- ☐ Individual
- ☐ Partnership
- ☐ Other _____
- ☐ Corporation Publicly Held
- ☒ Corporation Not Publicly He[ld]

**A. TYPE OF BUSINESS (Check One)**
- ☐ Professional
- ☐ Retail Wholesale
- ☐ Railroad
- ☐ Transportation
- ☐ Manufacturing/Mining
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Construction
- ☐ Real Estate
- ☒ Other

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**
**Riverboat Gambling Casino Operator**

## VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATIONS
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute; or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

U.S. Bankruptcy Court
Northern District Of Illinois
FILED: 06/13/02
Time: 11:36 a.m.
Debtor: EMERALD CASINO INC
Case: 02-22977
Chapter: 7 Rec# 345171
Judge: Susan Pierson Sonderby
341 mtg:    /    /       :     .M.
ConfHrg:   /   /
Trustee:  Not Known

Name of Debtor    **Emerald Casino, Inc.**
Case No. _____
(Court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a)

## REQUEST FOR RELIEF

Petitioner(s) requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X _[signed]_ MAYOR
Signature of Petitioner or Representative (State title)

**The Village of Rosemont**    6/12/02
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Donald E. Stephens, Mayor
The Village of Rosemont
9501 West Devon Ave.
Rosemont, Illinois 60018

X _[signed] Frank DiCastri_
Signature of Attorney

**Salvatore A. Barbatano/Frank W. DiCastri**
Name of Attorney/Firm (if any)

**Foley & Lardner**
One IBM Plaza
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 755-1900

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney

Name of Attorney/Firm (if any)

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney

Name of Attorney/Firm (if any)

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| The Village of Rosemont | Damages arising from breach of lease for real property | $44,369,523.48 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above. | | Sub-Total amount of Petitioners' Claims from this page    $44,369,523.4 |
| | | Sub-Total amount of Petitioners' Claims from previous page    N/A |
| | | Total amount of Petitioners' Claims |

Name of Debtor  **Emerald Casino, Inc.**
Case No.  _____
(Court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a)

## REQUEST FOR RELIEF

Petitioner(s) requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X _____          X _/s/ Duban_____
Signature of Petitioner or Representative (State title)    Signature of Attorney

**Degen & Rosato Construction Co.,**
**Inc./Power Construction Co., LLC**                     **Eric A. Berg /Janice L. Duban**
Name of Petitioner            Date Signed                Name of Attorney/Firm (if any)

Name & Mailing Address    Tom Settles
of Individual Signing in  Degen & Rosato Construction    **Piper Rudnick**
Representative Capacity   Co., Inc./Power Construction   **203 North LaSalle Street, Suite 1800**
                          Co., LLC                       **Chicago, Illinois 60601**
                          2360 North Palmer Drive        **(312) 368-4000**
                          Schaumburg, Illinois 60173

X _____          X _____
Signature of Petitioner or Representative (State title)    Signature of Attorney

Name of Petitioner            Date Signed                Name of Attorney/Firm (if any)

Name & Mailing
Address of Individual
Signing in
Representative
Capacity

X _____          X _____
Signature of Petitioner or Representative (State title)    Signature of Attorney

Name of Petitioner            Date Signed                Name of Attorney/Firm (if any)

Name & Mailing
Address
of Individual
Signing in
Representative
Capacity

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Degen & Rosato Construction Co., Inc./Power Construction Co., LLC | Services & materials provided pursuant to construction contract | $2,220,019.00 |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above. | Sub-Total amount of Petitioners' Claims from this page | $2,220,019.00 |
|---|---|---|
| | Sub-Total amount of Petitioners' Claims from previous page | $44,369,523.48 |
| | Total amount of Petitioner's Claims | |

Name of Debtor    **Emerald Casino, Inc.**

Name of Debtor   Emerald Casino, Inc.
Case No.   _____
(Court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a)

## REQUEST FOR RELIEF

Petitioner(s) requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X _[signature]_ CEO
Signature of Petitioner or Representative (State title)

**Degen & Rosato Construction Co., Inc./Power Construction Co., LLC**
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Tom Settles
Degen & Rosato Construction Co., Inc./Power Construction Co., LLC
2360 North Palmer Drive
Schaumburg, Illinois 60173

X _____
Signature of Attorney

**Eric A. Berg /Janice L. Duban**
Name of Attorney/Firm (if any)

**Piper Rudnick**
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
(312) 368-4000

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney

Name of Attorney/Firm (if any)

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney

Name of Attorney/Firm (if any)

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Degen & Rosato Construction Co., Inc./Power Construction Co., LLC | Services & materials provided pursuant to construction contract | $2,220,019.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above.

| | |
|---|---|
| Sub-Total amount of Petitioners' Claims from this page | $2,220,019.0 |
| Sub-Total amount of Petitioners' Claims from previous page | $44,369,523. |
| Total amount of Petitioner's Claims | |

Case No. _____
(Court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the tr and any statements that are required under Bankruptcy Rule 1003(a)

## REQUEST FOR RELIEF

Petitioner(s) requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this pe

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X /s/ Christopher B. Burke  
Signature of Petitioner or Representative (State title)

X /s/ [signature]  
Signature of Attorney

| Name of Petitioner | Date Signed | Name of Attorney/Firm (if any) |
|---|---|---|
| Christopher B. Burke Engineering, Ltd. | | Donald J. Storino |

Name & Mailing Address of Individual Signing in Representative Capacity:

Christopher B. Burke  
9575 West Higgins Road  
Suite 600  
Rosemont, Illinois 60018

Storino, Ramello & Durkin  
9501 West Devon, 8th Floor  
Rosemont, IL 60018  
847/318-9500  
847/318-9509 (fax)

X _____  
Signature of Petitioner or Representative (State title)

X _____  
Signature of Attorney

Name of Petitioner    Date Signed

Name of Attorney/Firm (if any)

Name & Mailing Address of Individual Signing in Representative Capacity

X _____  
Signature of Petitioner or Representative (State title)

X _____  
Signature of Attorney

Name of Petitioner    Date Signed

Name of Attorney/Firm (if any)

Name & Mailing Address of Individual Signing in Representative Capacity

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Christopher B. Burke Engineering, Ltd | Fees & expenses incurred in providing engineering & design services | $51,650.28 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above.

| | |
|---|---|
| Sub-Total amount of Petitioners' Claims from this page | $51,65 |
| Sub-Total amount of Petitioners' Claims from previous pages | $46,589,54 |
| Total amount of Petitioners' claims | |

Name of Debtor   Emerald Casino, Inc.
Case No. _____
(Court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a)

## REQUEST FOR RELIEF

Petitioner(s) requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this pet

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X _[signature]_  
Signature of Petitioner or Representative (State title)

**Testing Service Corporation**  
Name of Petitioner       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Allan DuBose  
457 Gundersen Drive  
Carol Stream, IL 60188

X _[signature]_  
Signature of Attorney

**Donald J. Storino**  
Name of Attorney/Firm (if any)

Storino, Ramello & Durkin  
9501 West Devon, 8th Floor  
Rosemont, IL 60018  
847-318-9500  
847-318-9509 (fax)

X _____  
Signature of Petitioner or Representative (State title)

_____  
Name of Petitioner       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____  
Signature of Attorney

_____  
Name of Attorney/Firm (if any)

X _____  
Signature of Petitioner or Representative (State title)

_____  
Name of Petitioner       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____  
Signature of Attorney

_____  
Name of Attorney/Firm (if any)

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Testing Service Corporation** | Fees and expenses incurred in providing engineering services | $34,326.24 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above.

| | |
|---|---|
| Sub-Total amount of Petitioners' Claims from this page | $34,326. |
| Sub-Total amount of Petitioners' Claims from previous page | $46,641.192. |
| Total amount of Petitioners' Claims | $ |

Name of Debtor   Emerald Casino, Inc.
Case No. _____
(Court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a)

## REQUEST FOR RELIEF

Petitioner(s) requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this peti

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)

**Mackie Consultants**
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
David Shindoll
Vice President
Mackie Consultants
9575 W. Higgins Road
Suite 500
Rosemont, IL 60018

X _[signature]_
Signature of Attorney

**Donald J. Storino**
Name of Attorney/Firm (if any)

Storino, Ramello & Durkin
9501 West Devon, 8th Floor
Rosemont, IL 60018
847-318-9500
847-318-9509 (fax)

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney

Name of Attorney/Firm (if any)

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney

Name of Attorney/Firm (if any)

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mackie Consultants | Fees and expenses incurred in providing design services | $28,769.71 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above.

| | |
|---|---|
| Sub-Total amount of Petitioners' Claims from this page | $28,769. |
| Sub-Total amount of Petitioners' Claims from previous page | $46,675,519. |
| Total amount of Petitioners' Claims | $46,704,288. |