EOD JUL 30 2002

United States Bankruptcy Court
Northern District of Illinois
Eastern Division

In re: EMERALD CASINO, INC. ) Bankruptcy Case No. 02 B 22977
f/k/a HP, Inc )
)
Alleged Debtor ) Adversary Case No.
)
)

## TRIAL ORDER

This proceeding having come before the court for pretrial conference or status hearing, it is hereby ordered:

1. ~~Discovery~~ Written Discovery shall be noticed so as to be completed on or before July 29, 2002, and all discovery shall be noticed so as to be completed on or before Aug. 14

2. The parties shall exchange witness and exhibit lists on or before August 26, 2002

3. Motions in limine or objections to the admission of exhibits shall be filed on or before August 29, 2002.

4. The court will rule on any such motions on, at the final pretrial hearing on September 3, 2002 at 11:00

5. Any listed exhibits as to which there is no objection will be admitted into evidence at the outset of the hearing.

6. The hearing in this matter shall commence on September 4, 2002 at 10:30 a.m. ~~and if necessary, continue on _____ at _____~~

7. Petitioning Creditors' response to the Alleged Debtor's Motion to Dismiss the Involuntary Petition shall be filed on or before August 21, 2002, and Alleged Debtor's reply shall be filed on or before August 29, 2002.

Dated:

Eugene R. Wedoff
United States Bankruptcy Judge

18 JUL 2002