**FILED**
JUL 2 5 2006
EUGENE R. WEDOFF
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 02 B 22977 |
| EMERALD CASINO, INC., | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO GARDNER CARTON & DOUGLAS LLP, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $412,161.50 | TOTAL COSTS REQUESTED: | $3,942.05 |
| TOTAL FEES REDUCED: | $    0.00 | TOTAL COSTS REDUCED: | $1,790.18 |
| TOTAL FEES ALLOWED: | $412,161.50 | TOTAL COSTS ALLOWED: | $2,151.87 |

**TOTAL FEES AND COSTS ALLOWED: $414,313.37**

THE COURT HAS IDENTIFIED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE NUMERICAL NOTATION THAT APPEARS ON THE SIDE OF EACH HIGHLIGHTED ENTRY DISCLOSES THE BASIS FOR EACH DISALLOWANCE. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1) **Overhead Costs are Non-Compensable**
The Court denies reimbursement for fees or expenses that are overhead costs. Expenses that are overhead are not compensable because they are built into the hourly rate. See *In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)). Absent extraordinary circumstances, the court will not reimburse an applicant for local parking and transportation at the estate's expense. See *In re Convent Guardian Corp.*, 103 B.R. 937, 940-944 (Bankr. N.D. Ill. 1989). The court will also not reimburse an applicant for computerized legal research that is billed to the applicant pursuant to a flat rate contract.

Dated: July 25, 2006

_____
Eugene R. Wedoff
United States Bankruptcy Court

I.R.S. Identification No. 36-1117840

**GARDNER CARTON & DOUGLAS LLP**
P.O. Box 92688
Chicago, Illinois 60675-2688
(312) 569-1000
Facsimile (312) 569-3000

May 31, 2006

Unsecured Creditors' Committee of Emerald
Casino, Inc.
120 N. LaSalle Street
Suite 3300
Chicago, IL 60602

Invoice # 3300766

**Payment is Due by June 20, 2006**

For Legal Services Rendered In Connection With:

Client ID: # 084886    Matter # 0001 Emerald Casino, Inc. Bankruptcy - General Case Administration

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 05/02/05 | Photocopy | 6.50 |
| 05/03/05 | Photocopy | 62.60 |
| 05/03/05 | Photocopy | 44.70 |
| 05/03/05 | Photocopy | 10.30 |
| 05/03/05 | Photocopy | 6.40 |
| 05/04/05 | Photocopy | 36.10 |
| 05/05/05 | Photocopy | 34.10 |
| 05/05/05 | Photocopy | 4.50 |
| 05/05/05 | Westlaw - legal research regarding intervention issues | 148.40 |
| 05/06/05 | Photocopy | 2.00 |
| 05/06/05 | Photocopy | 0.80 |
| 05/06/05 | Photocopy | 1.40 |
| 05/06/05 | Photocopy | 2.80 |
| 05/09/05 | Binding | 7.00 |
| 05/09/05 | Binding | 28.00 |
| 05/09/05 | Binding | 3.50 |
| 05/09/05 | Photocopy | 6.40 |
| 05/09/05 | Photocopy | 8.00 |
| 05/09/05 | Photocopy | 6.40 |
| 05/09/05 | Photocopy | 6.00 |
| 05/09/05 | Photocopy | 23.40 |
| 05/10/05 | Photocopy | 12.80 |
| 05/10/05 | Photocopy | 14.20 |
| 05/10/05 | Photocopy | 0.50 |
| 05/10/05 | Photocopy | 176.40 |

Gardner Carton & Douglas LLP                                              May 31, 2006
Unsecured Creditors' Committee of Emerald Casino, Inc.                         Page 2
Client ID: 084886

| Date | Description | Amount |
|---|---|---|
| 05/11/05 | Photocopy | 2.50 |
| 05/11/05 | Photocopy | 34.50 |
| 05/11/05 | Photocopy | 5.10 |
| 05/11/05 | Photocopy | 5.20 |
| 05/11/05 | Local Messenger Services "321 N CLARK ST" "CHICAGO" | 6.95 |
| 05/11/05 | Local Messenger Services "100 W RANDOLPH ST" "CHICAGO" | 6.95 |
| 05/11/05 | Local Messenger Services "120 N LA SALLE ST" "CHICAGO" | 6.95 |
| 05/11/05 | Local Messenger Services "160 N LA SALLE ST" "CHICAGO" | 6.95 |
| 05/11/05 | Local Messenger Services "200 E RANDOLPH ST" "CHICAGO" | 6.95 |
| 05/12/05 | Photocopy | 4.70 |
| 05/12/05 | Photocopy | 14.60 |
| 05/12/05 | Photocopy | 0.60 |
| 05/12/05 | Photocopy | 18.90 |
| 05/12/05 | Photocopy | 4.20 |
| 05/12/05 | Photocopy | 11.00 |
| 05/13/05 | 9163548850 MICHIGANBR CA | 1.08 |
| 05/16/05 | Photocopy | 9.60 |
| 05/16/05 | Photocopy | 2.20 |
| 05/16/05 | Photocopy | 0.90 |
| 05/17/05 | Photocopy | 1.40 |
| 05/17/05 | Photocopy | 1.20 |
| 05/17/05 | Photocopy | 82.90 |
| 05/17/05 | Photocopy | 0.50 |
| 05/17/05 | Photocopy | 3.10 |
| 05/18/05 | Photocopy | 1.90 |
| 05/18/05 | Photocopy | 20.80 |
| 05/18/05 | Photocopy | 1.20 |
| 05/19/05 | Photocopy | 1.70 |
| 05/19/05 | Photocopy | 9.40 |
| 05/23/05 | Photocopy | 2.90 |
| 05/23/05 | Photocopy | 0.10 |
| 05/24/05 | Photocopy | 3.20 |
| 05/24/05 | Photocopy | 2.90 |
| 05/24/05 | Photocopy | 7.40 |
| 05/24/05 | Photocopy | 4.80 |
| 05/24/05 | ① Westlaw - conduct research regarding IL Gaming Board rules | 106.00 |
| 05/25/05 | Photocopy | 7.80 |
| 05/25/05 | Photocopy | 5.30 |
| 05/25/05 | Photocopy | 7.80 |
| 05/26/05 | Photocopy | 1.50 |
| 05/31/05 | Binding | 3.50 |
| 05/31/05 | Binding | 14.00 |
| 05/31/05 | Binding | 3.50 |

Gardner Carton & Douglas LLP  May 31, 2006
Unsecured Creditors' Committee of Emerald Casino, Inc.  Page 3
Client ID: 084886

| Date | Description | Amount |
|---|---|---|
| 05/31/05 | Binding | 3.50 |
| 05/31/05 | Binding | 7.00 |
| 05/31/05 | Binding | 7.00 |
| 05/31/05 | Photocopy | 13.10 |
| 05/31/05 | Photocopy | 1.20 |
| 06/02/05 | Photocopy | 12.80 |
| 06/03/05 | Photocopy | 15.60 |
| 06/06/05 | Photocopy | 1.60 |
| 06/06/05 | Photocopy | 8.30 |
| 06/07/05 | Photocopy | 0.60 |
| 06/07/05 | Photocopy | 31.70 |
| 06/07/05 | Photocopy | 69.60 |
| 06/13/05 | Photocopy | 4.00 |
| 06/14/05 | Emerald transcript of proceedings on 5/26/05 | 25.00 |
| 06/14/05 | Westlaw - legal research regarding state agency and contracts | 128.49 |
| 06/16/05 | Westlaw - conduct research on jurisdiction on state agencies | 20.92 |
| 06/17/05 | Photocopy | 25.80 |
| 06/17/05 | Westlaw - research sovereign immunity issues | 179.13 |
| 06/17/05 | Westlaw - legal research on jurisdiction on state agencies | 21.20 |
| 06/20/05 | Photocopy | 0.10 |
| 06/20/05 | Westlaw - conduct legal research on state agencies and contracts | 212.00 |
| 06/21/05 | Westlaw - research contracts and state agencies | 63.60 |
| 06/22/05 | Westlaw - research on jurisdiction on state agencies | 2.12 |
| 06/27/05 | Photocopy | 0.20 |
| 06/27/05 | Photocopy | 5.00 |
| 06/27/05 | Westlaw - research on court's jurisdiction on state agencies | 21.20 |
| 07/01/05 | Photocopy | 18.00 |
| 07/05/05 | Local Messenger Services "990 N LAKE SHORE DR " "CHICAGO" | 12.32 |
| 07/06/05 | Photocopy | 23.40 |
| 07/13/05 | Photocopy | 23.80 |
| 07/18/05 | Photocopy | 0.20 |
| 07/20/05 | Photocopy | 5.80 |
| 07/20/05 | Westlaw - research regarding the 14th amendment | 106.00 |
| 07/21/05 | Photocopy | 9.20 |
| 07/25/05 | Photocopy | 0.20 |
| 07/27/05 | Westlaw - legal research regarding gaming licenses | 63.60 |
| 07/29/05 | Photocopy | 27.10 |
| 08/01/05 | Westlaw - conduct legal research regarding regulatory taking research | 127.20 |
| 08/02/05 | Westlaw - legal research on regulatory takings | 147.85 |
| 08/03/05 | Westlaw - research on actions constituting takings | 127.20 |
| 08/04/05 | Photocopy | 5.60 |
| 08/04/05 | Westlaw - legal research on regulatory takings | 148.40 |

Gardner Carton & Douglas LLP
Unsecured Creditors' Committee of Emerald Casino, Inc.
Client ID: 084886

May 31, 2006
Page 4

| Date | Description | Amount |
|---|---|---|
| 08/08/05 | Photocopy | 10.40 |
| 08/08/05 | Westlaw - conduct research on regulatory takings | 42.40 |
| 08/15/05 | Photocopy | 29.60 |
| 08/15/05 | Westlaw - legal research regarding court jurisdiction | 4.24 |
| 08/16/05 | Photocopy | 4.60 |
| 08/29/05 | Photocopy | 8.50 |
| 09/01/05 | Photocopy | 15.40 |
| 09/01/05 | Local Messenger Services "203 N LA SALLE ST" "CHICAGO" | 6.95 |
| 09/07/05 | Binding | 3.50 |
| 09/08/05 | Photocopy | 2.20 |
| 09/21/05 | Photocopy | 2.80 |
| 09/29/05 | Photocopy | 3.90 |
| 10/11/05 | Photocopy | 35.60 |
| 10/27/05 | Photocopy | 1.60 |
| 10/28/05 | Photocopy | 3.00 |
| 11/30/05 | Photocopy | 19.30 |
| 12/01/05 | Westlaw - conduct research on proportionality of judgment in resolution. | 106.00 |
| 12/02/05 | Photocopy | 2.30 |
| 12/07/05 | Photocopy | 1.10 |
| 12/12/05 | Local Messenger Services "160 N LA SALLE ST" "CHICAGO" | 13.55 |
| 12/20/05 | Photocopy | 5.70 |
| 12/20/05 | Photocopy | 7.40 |
| 12/21/05 | Photocopy | 0.90 |
| 12/23/05 | Photocopy | 6.70 |
| 12/27/05 | Photocopy | 2.10 |
| 12/28/05 | Photocopy | 54.40 |
| 12/30/05 | Photocopy | 3.00 |
| 12/30/05 | Photocopy | 72.00 |
| 12/30/05 | Photocopy | 2.10 |
| 01/03/06 | Photocopy | 37.10 |
| 01/03/06 | Photocopy | 7.50 |
| 01/03/06 | Local Messenger Services "200 E RANDOLPH ST" "CHICAGO" | 7.65 |
| 01/03/06 | Local Messenger Services "120 N LA SALLE ST" "CHICAGO" | 7.65 |
| 01/03/06 | Local Messenger Services "321 N CLARK ST" "CHICAGO" | 7.65 |
| 01/03/06 | Local Messenger Services "333 W WACKER DR" "CHICAGO" | 7.65 |
| 01/03/06 | Local Messenger Services "160 N LA SALLE ST" "CHICAGO" | 15.30 |
| 01/03/06 | Local Messenger Services "100 W RANDOLPH ST" "CHICAGO" | 15.30 |
| 01/04/06 | Photocopy | 1.20 |
| 01/04/06 | Photocopy | 30.40 |

Gardner Carton & Douglas LLP  
Unsecured Creditors' Committee of Emerald Casino, Inc.  
Client ID: 084886

May 31, 2006  
Page 5

| Date | Description | Amount |
|---|---|---|
| 01/05/06 | Photocopy | 6.20 |
| 01/05/06 | Photocopy | 7.00 |
| 01/05/06 | Photocopy | 41.60 |
| 01/05/06 | Local Messenger Services "70 W MADISON ST" "CHICAGO" | 7.65 |
| 01/05/06 | Local Messenger Services "200 E RANDOLPH ST" "CHICAGO" | 16.04 |
| 01/05/06 | Local Messenger Services "160 N LA SALLE ST" "CHICAGO" | 16.04 |
| 01/05/06 | Local Messenger Services "120 N LA SALLE ST" "CHICAGO" | 16.04 |
| 01/05/06 | Local Messenger Services "321 N CLARK ST" "CHICAGO" | 16.04 |
| 01/05/06 | Local Messenger Services "100 W RANDOLPH ST" "CHICAGO" | 16.04 |
| 01/05/06 | Local Messenger Services "333 W WACKER DR" "CHICAGO" | 16.04 |
| 01/06/06 | Photocopy | 1.30 |
| 01/06/06 | Photocopy | 12.40 |
| 01/12/06 | Binding | 17.50 |
| 01/12/06 | Photocopy | 4.00 |
| 01/12/06 | Photocopy | 1.60 |
| 01/18/06 | Binding | 7.00 |
| 01/18/06 | Westlaw – legal research regarding IL Administrative Procedures Act | 20.92 |
| 01/20/06 | Binding | 112.00 |
| 01/20/06 | Binding | 10.50 |
| 01/27/06 | Photocopy | 13.10 |
| 01/30/06 | Photocopy | 6.00 |
| 01/31/06 | Binding | 3.50 |
| 02/01/06 | Photocopy | 6.60 |
| 02/06/06 | Photocopy | 1.60 |
| 02/07/06 | Photocopy | 7.30 |
| 02/07/06 | Photocopy | 4.00 |
| 02/08/06 | Photocopy | 17.20 |
| 03/10/06 | Photocopy | 0.60 |
| 03/13/06 | Photocopy | 6.10 |
| 03/30/06 | Westlaw – conduct legal research re disgorgement of fees. | 24.04 |
| 04/04/06 | Photocopy | 0.20 |
| 04/07/06 | Photocopy | 8.80 |
| 04/13/06 | Photocopy | 0.80 |
| 04/14/06 | Photocopy | 1.20 |
| 04/14/06 | Photocopy | 43.20 |
| 04/17/06 | Photocopy | 1.30 |
| 04/24/06 | Binding | 17.50 |

**TOTAL FOR DISBURSEMENTS**         3,942.05