**FILED**

**AUG 2 9 2006**

EUGENE R. WEDOFF
BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:                                  )
                                        )
                                        )     Case No. 02 B 22977
      EMERALD CASINO, INC.,             )
                                        )
                                        )
                                        )     Chapter 11
            Debtor.                     )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO KIRKLAND & ELLIS LLP, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $421,811.00 | TOTAL COSTS REQUESTED: | $7,310.40 |
| TOTAL FEES REDUCED: | $ 0.00 | TOTAL COSTS REDUCED: | $1,030.50 |
| TOTAL FEES ALLOWED: | $421,811.00 | TOTAL COSTS ALLOWED: | $6,279.90 |

**TOTAL FEES AND COSTS ALLOWED: $428,090.90**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE NUMERICAL NOTATION THAT APPEARS ON THE RIGHT SIDE OF EACH HIGHLIGHTED ENTRY DISCLOSES THE BASIS FOR EACH DISALLOWANCE. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)   **Reimbursement Limited to Actual, Necessary Expenses**
      The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. See 11 U.S.C.§§330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

Dated: August 29, 2006

_____
Eugene R. Wedoff
United States Bankruptcy Court

Emerald Casino, Inc.
19 Post-Confirmation / Consummation

Legal Services for the Period Ending May 31, 2006

| Date | Description | Amount |
|---|---|---|
| 5/08/06 | Standard Prints | .80 |
| 5/08/06 | Standard Prints | 1.50 |
| 5/08/06 | Standard Prints | 3.80 |
| 5/08/06 | Standard Prints | .10 |
| 5/08/06 | Standard Prints | .50 |
| 5/08/06 | Standard Prints | .70 |
| 5/08/06 | Standard Prints | 1.20 |
| 5/08/06 | Standard Prints | .40 |
| 5/08/06 | Standard Copies or Prints | 1.40 |
| 5/08/06 | Standard Prints | .70 |
| 5/08/06 | Standard Prints | .70 |
| 5/08/06 | Standard Prints | .10 |
| 5/08/06 | Standard Prints | .70 |
| 5/08/06 | Standard Prints | .70 |
| 5/09/06 | Fax Charge, 886-5794 | 3.50 |
| 5/09/06 | Fax Charge, 726-0609 | 3.50 |
| 5/09/06 | Fax Charge, 527-0484 | 4.00 |
| 5/09/06 | Fax Charge, 630-8534 | 3.50 |
| 5/09/06 | Fax Charge, 251-4610 | 4.00 |
| 5/09/06 | Fax Charge, 701-7711 | 4.00 |
| 5/09/06 | Fax Charge, 984-3150 | 3.50 |
| 5/09/06 | Fax Charge, 641-5137 | 3.50 |
| 5/09/06 | Fax Charge, 641-5137 | 4.00 |
| 5/09/06 | Fax Charge, 902-1061 | 3.50 |
| 5/09/06 | Fax Charge, 527-0484 | 3.50 |
| 5/09/06 | Fax Charge, 726-0609 | 4.00 |
| 5/09/06 | Fax Charge, 641-6895 | 3.50 |
| 5/09/06 | Fax Charge, 504-581-3310 | 4.00 |
| 5/09/06 | Fax Charge, 984-7700 | 4.00 |
| 5/09/06 | Fax Charge, 251-4610 | 3.50 |
| 5/09/06 | Fax Charge, 630-8534 | 4.00 |
| 5/09/06 | Fax Charge, 782-8416 | 3.50 |
| 5/09/06 | Fax Charge, 886-5794 | 4.00 |
| 5/09/06 | Fax Charge, 360-6520 | 3.50 |
| 5/09/06 | Fax Charge, 346-9453 | 2.00 |
| 5/09/06 | Fax Charge, 993-9767 | 4.00 |
| 5/09/06 | Fax Charge, 847-696-1410 | 3.50 |
| 5/09/06 | Fax Charge, 606-0207 | 3.50 |
| 5/09/06 | Fax Charge, 372-2098 | 4.00 |
| 5/09/06 | Fax Charge, 456-0708 | 3.50 |
| 5/09/06 | Fax Charge, 641-1662 | 4.00 |
| 5/09/06 | Fax Charge, 814-4602 | 3.50 |
| 5/09/06 | Fax Charge, 569-3000 | 4.00 |
| 5/09/06 | Fax Charge, 876-0288 | 3.50 |
| 5/09/06 | Fax Charge, 644-5838 | 4.00 |
| 5/09/06 | Fax Charge, 251-1160 | 3.50 |
| 5/09/06 | Fax Charge, 814-5024 | 4.00 |

Emerald Casino, Inc.
19 Post-Confirmation / Consummation

Legal Services for the Period Ending May 31, 2006

| Date | Description | Amount |
|---|---|---|
| | **Description** | **Amount** |
| 5/09/06 | Fax Charge, 236-7516 | 3.50 |
| 5/09/06 | Fax Charge, 236-7516 | 4.00 |
| 5/09/06 | Fax Charge, 814-5024 | 3.50 |
| 5/09/06 | Fax Charge, 507-7210 | 4.00 |
| 5/09/06 | Fax Charge, 644-5838 | 3.50 |
| 5/09/06 | Fax Charge, 569-3000 | 3.50 |
| 5/09/06 | Fax Charge, 876-0288 | 4.00 |
| 5/09/06 | Fax Charge, 814-4602 | 4.00 |
| 5/09/06 | Fax Charge, 372-2098 | 3.50 |
| 5/09/06 | Fax Charge, 456-0708 | 4.00 |
| 5/09/06 | Fax Charge, 993-9767 | 3.50 |
| 5/09/06 | Fax Charge, 606-0207 | 4.00 |
| 5/09/06 | Fax Charge, 346-9453 | 3.50 |
| 5/09/06 | Fax Charge, 280-3730 | 4.00 |
| 5/09/06 | Fax Charge, 984-7700 | 3.50 |
| 5/09/06 | Fax Charge, 360-6520 | 4.00 |
| 5/09/06 | Fax Charge, 782-8416 | 4.00 |
| 5/09/06 | Fax Charge, 504-581-3310 | 3.50 |
| 5/09/06 | Fax Charge, 977-4405 | 3.50 |
| 5/09/06 | Fax Charge, 641-1662 | 3.50 |
| 5/09/06 | Fax Charge, 641-6895 | 4.00 |
| 5/09/06 | Fax Charge, 701-7711 | 3.50 |
| 5/09/06 | Fax Charge, 984-3150 | 4.00 |
| 5/09/06 | Fax Charge, 977-4405 | 4.00 |
| 5/09/06 | Fax Charge, 902-1061 | 4.00 |
| 5/09/06 | Fax Charge, 507-7210 | 3.50 |
| 5/09/06 | Fax Charge, 847-318-9509 | 4.00 |
| 5/09/06 | Fax Charge, 847-318-9509 | 3.50 |
| 5/09/06 | Fax Charge, 346-9453 | 4.00 |
| 5/09/06 | Fax Charge, 280-3730 | 3.50 |
| 5/09/06 | Fax Charge, 847-696-1410 | 4.00 |
| 5/09/06 | Standard Prints | 4.20 |
| 5/09/06 | Standard Prints | 4.10 |
| 5/09/06 | Standard Prints | 4.10 |
| 5/09/06 | Standard Prints | 4.20 |
| 5/09/06 | Standard Prints | 2.40 |
| 5/09/06 | Standard Prints | .10 |
| 5/09/06 | Standard Prints | .10 |
| 5/09/06 | Standard Prints | .10 |
| 5/09/06 | Standard Prints | 4.30 |
| 5/09/06 | Standard Prints | 4.30 |
| 5/09/06 | Standard Prints | .60 |
| 5/09/06 | Standard Prints | .20 |
| 5/09/06 | Standard Prints | 4.30 |
| 5/09/06 | Standard Prints | .10 |
| 5/09/06 | Standard Prints | .10 |
| 5/09/06 | Standard Prints | .10 |

Emerald Casino, Inc.
19 Post-Confirmation / Consummation

Legal Services for the Period Ending May 31, 2006

| Date | Description | Amount |
|---|---|---|
| | **Description** | **Amount** |
| 5/09/06 | Standard Prints | .10 |
| 5/09/06 | Standard Prints | .10 |
| 5/09/06 | Standard Copies or Prints | 1.30 |
| 5/09/06 | Standard Prints | .60 |
| 5/09/06 | Standard Prints | .50 |
| 5/09/06 | Standard Prints | .60 |
| 5/09/06 | Standard Prints | .50 |
| 5/09/06 | Standard Prints | .10 |
| 5/09/06 | Standard Prints | .30 |
| 5/09/06 | Standard Prints | .10 |
| 5/09/06 | Standard Prints | 2.40 |
| 5/09/06 | Standard Prints | .20 |
| 5/09/06 | Standard Prints | .60 |
| 5/09/06 | Standard Prints | .60 |
| 5/09/06 | Standard Prints | 3.90 |
| 5/09/06 | Standard Prints | 1.10 |
| 5/09/06 | Standard Prints | .70 |
| 5/09/06 | Standard Prints | 4.10 |
| 5/09/06 | Postage | 1.74 |
| 5/10/06 | Fax Charge, 886-5794 | 3.50 |
| 5/10/06 | Fax Charge, 726-0609 | 3.50 |
| 5/10/06 | Fax Charge, 630-8534 | 3.50 |
| 5/10/06 | Fax Charge, 641-5137 | 3.50 |
| 5/10/06 | Fax Charge, 527-0484 | 3.50 |
| 5/10/06 | Fax Charge, 847-318-9509 | 3.50 |
| 5/10/06 | Fax Charge, 251-4610 | 3.50 |
| 5/10/06 | Fax Charge, 984-3150 | 3.50 |
| 5/10/06 | Fax Charge, 251-1160 | 3.50 |
| 5/10/06 | Fax Charge, 360-6520 | 3.50 |
| 5/10/06 | Fax Charge, 641-6895 | 3.50 |
| 5/10/06 | Fax Charge, 977-4405 | 3.50 |
| 5/10/06 | Fax Charge, 606-0207 | 3.50 |
| 5/10/06 | Fax Charge, 782-8416 | 3.50 |
| 5/10/06 | Fax Charge, 280-3730 | 3.50 |
| 5/10/06 | Fax Charge, 876-0288 | 3.50 |
| 5/10/06 | Fax Charge, 814-4602 | 3.50 |
| 5/10/06 | Fax Charge, 456-0708 | 3.50 |
| 5/10/06 | Fax Charge, 236-7516 | 3.50 |
| 5/10/06 | Fax Charge, 814-5024 | 3.50 |
| 5/10/06 | Fax Charge, 569-3000 | 3.50 |
| 5/10/06 | Fax Charge, 507-7210 | 3.50 |
| 5/10/06 | Fax Charge, 984-7700 | 3.50 |
| 5/10/06 | Fax Charge, 641-1662 | 3.50 |
| 5/10/06 | Fax Charge, 644-5838 | 3.50 |
| 5/10/06 | Fax Charge, 847-696-1410 | 3.50 |
| 5/10/06 | Fax Charge, 993-9767 | 3.50 |
| 5/10/06 | Fax Charge, 346-9453 | 3.50 |

Emerald Casino, Inc.
19 Post-Confirmation / Consummation

Legal Services for the Period Ending May 31, 2006

| Date | Description | Amount |
|---|---|---|
| | **Description** | **Amount** |
| 5/10/06 | Fax Charge, 372-2098 | 3.50 |
| 5/10/06 | Fax Charge, 504-581-3310 | 3.50 |
| 5/10/06 | Fax Charge, 902-1061 | 3.50 |
| 5/10/06 | Fax Charge, 701-7711 | 3.50 |
| 5/10/06 | Standard Prints | .20 |
| 5/10/06 | Standard Prints | .20 |
| 5/10/06 | Standard Prints | .10 |
| 5/10/06 | Standard Prints | .10 |
| 5/10/06 | Standard Copies or Prints | .30 |
| 5/10/06 | Standard Prints | .60 |
| 5/10/06 | Standard Prints | .60 |
| 5/10/06 | Standard Prints | .10 |
| 5/10/06 | Standard Prints | .50 |
| 5/10/06 | Standard Prints | .50 |
| 5/10/06 | Standard Prints | .30 |
| 5/10/06 | Standard Prints | 1.50 |
| 5/10/06 | Standard Prints | .40 |
| 5/10/06 | Standard Prints | .10 |
| 5/10/06 | Standard Prints | .50 |
| 5/10/06 | Standard Prints | 4.70 |
| 5/10/06 | Standard Prints | .40 |
| 5/10/06 | Standard Prints | .20 |
| 5/10/06 | Standard Prints | 4.30 |
| 5/10/06 | Standard Prints | .90 |
| 5/10/06 | Standard Prints | 2.10 |
| 5/10/06 | Standard Prints | .70 |
| 5/10/06 | Standard Prints | .70 |
| 5/10/06 | Standard Prints | .90 |
| 5/10/06 | Standard Prints | 1.40 |
| 5/10/06 | Standard Prints | 3.00 |
| 5/10/06 | Standard Prints | 3.10 |
| 5/10/06 | Standard Prints | 4.40 |
| 5/10/06 | Standard Prints | 8.80 |
| 5/10/06 | Standard Prints | 1.10 |
| 5/10/06 | Standard Prints | .90 |
| 5/10/06 | Standard Prints | .50 |
| 5/10/06 | Standard Prints | .30 |
| 5/10/06 | Postage | 1.26 |
| 5/11/06 | Standard Prints | .50 |
| 5/11/06 | Standard Prints | .10 |
| 5/11/06 | Standard Prints | 1.00 |
| 5/11/06 | Standard Prints | .20 |
| 5/11/06 | Standard Prints | 1.00 |
| 5/11/06 | Standard Prints | 5.10 |
| 5/11/06 | Standard Prints | 5.10 |
| 5/11/06 | Standard Prints | 5.10 |
| 5/11/06 | Standard Prints | 5.10 |

Emerald Casino, Inc.
19 Post-Confirmation / Consummation

Legal Services for the Period Ending June 30, 2006

| Date | Description | Amount |
|---|---|---|
| 5/26/06 | Standard Prints | 2.80 |
| 5/26/06 | Standard Prints | .20 |
| 5/27/06 | Standard Prints | .30 |
| 5/27/06 | Standard Prints | .60 |
| 5/27/06 | Standard Prints | .60 |
| 5/27/06 | Standard Prints | .30 |
| 5/27/06 | Standard Prints | .50 |
| 5/30/06 | Standard Prints | .30 |
| 5/30/06 | Standard Prints | .30 |
| 5/30/06 | Standard Prints | 1.50 |
| 5/30/06 | Standard Prints | 5.20 |
| 5/30/06 | Standard Prints | .10 |
| 5/30/06 | 24 SEVEN DISCOVERE LLC - Outside Copy/Binding Services, S Sanchez | 643.51 |
| 5/31/06 | Binding | 1.40 |
| 5/31/06 | Tabs/Indexes/Dividers | 1.40 |
| 6/01/06 | Fax Charge, 404-872-3078 | 5.00 |
| 6/01/06 | Fax Charge, 404-872-3078 | 18.50 |
| 6/01/06 | Fax Charge, 404-872-3078 | 12.00 |
| 6/01/06 | Standard Prints | 1.40 |
| 6/01/06 | Standard Prints | .90 |
| 6/01/06 | Standard Prints | 1.40 |
| 6/01/06 | Standard Prints | .50 |
| 6/01/06 | Standard Prints | .40 |
| 6/01/06 | Standard Prints | 2.50 |
| 6/01/06 | Standard Prints | 2.50 |
| 6/01/06 | Standard Prints | .30 |
| 6/01/06 | Standard Prints | .40 |
| 6/01/06 | Standard Prints | .30 |
| 6/01/06 | Standard Prints | .90 |
| 6/01/06 | Standard Prints | 2.90 |
| 6/01/06 | Standard Prints | .30 |
| 6/01/06 | Standard Prints | .40 |
| 6/01/06 | Standard Prints | .80 |
| 6/01/06 | Standard Prints | .10 |
| 6/01/06 | Standard Prints | .10 |
| 6/01/06 | Standard Prints | 1.00 |
| 6/01/06 | Standard Prints | 1.20 |
| 6/01/06 | Standard Prints | .30 |
| 6/01/06 | Standard Prints | .10 |
| 6/01/06 | Standard Prints | .10 |
| 6/01/06 | Standard Prints | .10 |
| 6/01/06 | Standard Prints | .80 |
| 6/01/06 | Standard Prints | 3.60 |
| 6/01/06 | Standard Prints | 1.70 |
| 6/01/06 | Standard Prints | 1.20 |
| 6/01/06 | Standard Prints | .10 |

Emerald Casino, Inc.
19 Post-Confirmation / Consummation

Legal Services for the Period Ending June 30, 2006

| Date | Description | Amount |
|---|---|---|
| | Description | Amount |
| 6/01/06 | Standard Prints | .10 |
| 6/01/06 | Standard Prints | .70 |
| 6/01/06 | Standard Prints | .70 |
| 6/01/06 | Standard Prints | 1.70 |
| 6/01/06 | Standard Prints | .60 |
| 6/01/06 | Standard Prints | .60 |
| 6/01/06 | Standard Prints | .30 |
| 6/01/06 | Standard Prints | .30 |
| 6/01/06 | Standard Prints | .60 |
| 6/01/06 | Standard Prints | 3.20 |
| 6/02/06 | Standard Prints | .50 |
| 6/02/06 | Standard Prints | 1.80 |
| 6/02/06 | Standard Prints | 1.90 |
| 6/02/06 | Standard Prints | 2.80 |
| 6/02/06 | Standard Prints | .10 |
| 6/02/06 | Standard Prints | 3.00 |
| 6/02/06 | Standard Prints | 3.00 |
| 6/02/06 | Standard Prints | 3.20 |
| 6/02/06 | Standard Prints | 3.50 |
| 6/02/06 | Standard Prints | 3.50 |
| 6/02/06 | Standard Prints | 3.40 |
| 6/02/06 | Standard Prints | 2.80 |
| 6/02/06 | Standard Prints | .10 |
| 6/02/06 | Standard Prints | .10 |
| 6/02/06 | Standard Prints | .10 |
| 6/02/06 | Standard Prints | 3.40 |
| 6/02/06 | Standard Prints | 3.40 |
| 6/02/06 | Standard Prints | .10 |
| 6/02/06 | Standard Prints | 3.40 |
| 6/02/06 | Standard Prints | 3.40 |
| 6/02/06 | Standard Prints | .10 |
| 6/02/06 | Standard Prints | .10 |
| 6/02/06 | CD-ROM Duplicates | 21.00 |
| 6/02/06 | CD-ROM Master | 154.00 |
| 6/02/06 | Postage | 24.30 |
| 6/05/06 | Standard Copies or Prints | 6.80 |
| 6/05/06 | Binding | 1.40 |
| 6/06/06 | Fax Charge, 886-5794 | 4.00 |
| 6/06/06 | Fax Charge, 726-0609 | 4.00 |
| 6/06/06 | Fax Charge, 456-0708 | 4.00 |
| 6/06/06 | Fax Charge, 630-8534 | 4.00 |
| 6/06/06 | Fax Charge, 902-1061 | 4.00 |
| 6/06/06 | Fax Charge, 984-3150 | 4.00 |
| 6/06/06 | Fax Charge, 641-6895 | 4.00 |
| 6/06/06 | Fax Charge, 507-7210 | 4.00 |
| 6/06/06 | Fax Charge, 814-4602 | 4.00 |
| 6/06/06 | Fax Charge, 977-4405 | 4.00 |

Emerald Casino, Inc.
19 Post-Confirmation / Consummation

Legal Services for the Period Ending June 30, 2006

| Date | Description | Amount |
|---|---|---|
| | Description | Amount |
| 6/06/06 | Fax Charge, 782-8416 | 4.00 |
| 6/06/06 | Fax Charge, 644-5838 | 4.00 |
| 6/06/06 | Fax Charge, 236-7516 | 4.00 |
| 6/06/06 | Fax Charge, 847-318-9509 | 4.00 |
| 6/06/06 | Fax Charge, 847-696-1410 | 4.00 |
| 6/06/06 | Fax Charge, 372-2098 | 4.00 |
| 6/06/06 | Fax Charge, 569-3000 | 4.00 |
| 6/06/06 | Fax Charge, 280-3730 | 4.00 |
| 6/06/06 | Fax Charge, 993-9767 | 4.00 |
| 6/06/06 | Fax Charge, 641-5137 | 4.00 |
| 6/06/06 | Fax Charge, 984-7700 | 4.00 |
| 6/06/06 | Fax Charge, 251-4610 | 4.00 |
| 6/06/06 | Fax Charge, 814-5024 | 4.00 |
| 6/06/06 | Fax Charge, 360-6520 | 4.00 |
| 6/06/06 | Fax Charge, 606-0207 | 4.00 |
| 6/06/06 | Fax Charge, 346-9453 | 4.00 |
| 6/06/06 | Fax Charge, 876-0288 | 4.00 |
| 6/06/06 | Fax Charge, 504-581-3310 | 4.00 |
| 6/06/06 | Fax Charge, 641-1662 | 4.00 |
| 6/06/06 | Fax Charge, 527-0484 | 4.00 |
| 6/06/06 | Fax Charge, 701-7711 | 4.00 |
| 6/06/06 | Fax Charge, 251-1160 | 4.00 |
| 6/06/06 | Standard Copies or Prints | .90 |
| 6/06/06 | Standard Copies or Prints | .70 |
| 6/06/06 | Standard Prints | .40 |
| 6/06/06 | Standard Prints | .40 |
| 6/06/06 | Postage | 14.40 |
| 6/06/06 | Outside Messenger Services, NEAR NORTH | 33.90 |
| 6/07/06 | Standard Prints | .80 |
| 6/07/06 | Standard Prints | .10 |
| 6/07/06 | Standard Prints | .40 |
| 6/07/06 | Standard Prints | .10 |
| 6/07/06 | Postage | 14.40 |
| 6/08/06 | Standard Copies or Prints | 15.60 |
| 6/08/06 | Standard Copies or Prints | .20 |
| 6/08/06 | Standard Prints | 5.20 |
| 6/08/06 | Standard Prints | 5.20 |
| 6/08/06 | Standard Prints | 5.20 |
| 6/08/06 | Standard Prints | .20 |
| 6/08/06 | Standard Prints | 5.20 |
| 6/08/06 | Standard Prints | .50 |
| 6/08/06 | Outside Messenger Services, OFFICE OF THE ATTY GENERAL | 22.00 |
| 6/09/06 | Fax Charge, 604-935-3455 | 5.00 |
| 6/09/06 | Fax Charge, 604-935-3455 | 5.00 |
| 6/09/06 | Fax Charge, 604-935-3455 | 14.50 |
| 6/09/06 | Standard Copies or Prints | 5.80 |

Emerald Casino, Inc.
19 Post-Confirmation / Consummation

Legal Services for the Period Ending June 30, 2006

| Date | Description | Amount |
|---|---|---|
| 6/13/06 | Standard Prints | .60 |
| 6/13/06 | Standard Prints | .10 |
| 6/13/06 | Standard Prints | .60 |
| 6/13/06 | Standard Prints | .60 |
| 6/13/06 | Standard Prints | .10 |
| 6/13/06 | Standard Prints | 1.10 |
| 6/13/06 | Standard Prints | .10 |
| 6/13/06 | Standard Prints | 6.00 |
| 6/15/06 | Standard Copies or Prints | 2.20 |
| 6/15/06 | Standard Prints | .10 |
| 6/15/06 | Standard Prints | .10 |
| 6/15/06 | Standard Prints | .20 |
| 6/15/06 | Standard Prints | .10 |
| 6/15/06 | Standard Prints | .10 |
| 6/15/06 | Standard Prints | .30 |
| 6/15/06 | Postage | 1.66 |
| 6/15/06 | Outside Messenger Services, UNITED STATES TRUSTEE | 6.00 |
| 6/16/06 | Fax Charge, 886-5794 | 3.00 |
| 6/16/06 | Fax Charge, 726-0609 | 3.00 |
| 6/16/06 | Fax Charge, 630-8534 | 3.00 |
| 6/16/06 | Fax Charge, 847-318-9509 | 3.00 |
| 6/16/06 | Fax Charge, 984-3150 | 3.00 |
| 6/16/06 | Fax Charge, 641-5137 | 3.00 |
| 6/16/06 | Fax Charge, 701-7711 | 3.00 |
| 6/16/06 | Fax Charge, 641-6895 | 3.00 |
| 6/16/06 | Fax Charge, 251-4610 | 3.00 |
| 6/16/06 | Fax Charge, 977-4405 | 3.00 |
| 6/16/06 | Fax Charge, 360-6520 | 3.00 |
| 6/16/06 | Fax Charge, 527-0484 | 3.00 |
| 6/16/06 | Fax Charge, 280-3730 | 3.00 |
| 6/16/06 | Fax Charge, 782-8416 | 3.00 |
| 6/16/06 | Fax Charge, 456-0708 | 3.00 |
| 6/16/06 | Fax Charge, 980-3888 | 3.00 |
| 6/16/06 | Fax Charge, 847-696-1410 | 3.00 |
| 6/16/06 | Fax Charge, 876-0288 | 3.00 |
| 6/16/06 | Fax Charge, 251-1160 | 3.00 |
| 6/16/06 | Fax Charge, 814-4602 | 3.00 |
| 6/16/06 | Fax Charge, 814-5024 | 3.00 |
| 6/16/06 | Fax Charge, 236-7516 | 3.00 |
| 6/16/06 | Fax Charge, 644-5838 | 3.00 |
| 6/16/06 | Fax Charge, 569-3000 | 3.00 |
| 6/16/06 | Fax Charge, 372-2098 | 3.00 |
| 6/16/06 | Fax Charge, 993-9767 | 3.00 |
| 6/16/06 | Fax Charge, 641-1662 | 3.00 |
| 6/16/06 | Fax Charge, 984-7700 | 3.00 |
| 6/16/06 | Fax Charge, 902-1061 | 3.00 |

Emerald Casino, Inc.
19 Post-Confirmation / Consummation

Legal Services for the Period Ending June 30, 2006

| Date | Description | Amount |
|---|---|---|
| 6/16/06 | Fax Charge, 346-9453 | 3.00 |
| 6/16/06 | Fax Charge, 507-7210 | 3.00 |
| 6/16/06 | Fax Charge, 504-581-3310 | 3.00 |
| 6/16/06 | Fax Charge, 606-0207 | 3.00 |
| 6/16/06 | Fax Charge, 814-5024 | 3.00 |
| 6/16/06 | Standard Prints | .20 |
| 6/16/06 | Standard Prints | .50 |
| 6/16/06 | Postage | 1.26 |
| 6/19/06 | Standard Copies or Prints | 1.50 |
| 6/20/06 | Standard Prints | .30 |
| 6/20/06 | Standard Prints | 1.10 |
| 6/22/06 | Standard Prints | .60 |
| 6/22/06 | Standard Prints | .30 |
| 6/22/06 | Standard Prints | .30 |
| 6/22/06 | Standard Prints | 4.50 |
| 6/22/06 | Standard Prints | 6.10 |
| 6/22/06 | Standard Prints | 3.40 |
| 6/22/06 | Standard Prints | 6.80 |
| 6/22/06 | Standard Prints | 2.20 |
| 6/22/06 | Standard Prints | 7.90 |
| 6/22/06 | Standard Prints | 1.40 |
| 6/22/06 | Standard Prints | 3.80 |
| 6/22/06 | Standard Prints | .10 |
| 6/22/06 | Standard Prints | .10 |
| 6/22/06 | Standard Prints | .10 |
| 6/22/06 | Standard Prints | .20 |
| 6/22/06 | Standard Prints | .20 |
| 6/22/06 | Standard Prints | .40 |
| 6/22/06 | Standard Prints | .10 |
| 6/22/06 | Standard Prints | .10 |
| 6/22/06 | Standard Prints | .10 |
| 6/22/06 | Standard Prints | .10 |
| 6/22/06 | Standard Prints | .10 |
| 6/22/06 | Standard Prints | .10 |
| 6/22/06 | Standard Prints | .40 |
| 6/22/06 | Standard Prints | 1.10 |
| 6/22/06 | Standard Copies or Prints | 543.00 |
| 6/22/06 | Standard Copies or Prints | 1.10 |
| 6/22/06 | Standard Prints | .40 |
| 6/22/06 | Standard Prints | 1.10 |
| 6/22/06 | Standard Copies or Prints | 10.50 |
| 6/22/06 | Tabs/Indexes/Dividers 6/22/06 | 15.00 |
| 6/23/06 | Postage | 6.66 |
| 6/26/06 | Fax Charge, 404-946-9001 | 23.00 |
| 6/26/06 | Standard Prints | .10 |
| 6/26/06 | Standard Prints | .20 |
| 6/26/06 | Standard Prints | .20 |

Emerald Casino, Inc.
19 Post-Confirmation / Consummation

Legal Services for the Period Ending June 30, 2006

| Date | Description | Amount |
|---|---|---:|
| 6/26/06 | Standard Prints | .60 |
| 6/26/06 | Standard Prints | .50 |
| 6/26/06 | Standard Prints | .50 |
| 6/26/06 | Standard Prints | .30 |
| 6/26/06 | Standard Prints | .50 |
| 6/26/06 | Standard Prints | .90 |
| 6/26/06 | Standard Prints | .70 |
| 6/26/06 | Standard Prints | 1.10 |
| 6/26/06 | Standard Prints | 1.10 |
| 6/26/06 | Standard Prints | .60 |
| 6/26/06 | Standard Prints | 1.00 |
| 6/26/06 | Standard Prints | .80 |
| 6/26/06 | Standard Prints | 1.40 |
| 6/26/06 | Standard Prints | 2.10 |
| 6/26/06 | Standard Prints | 20.30 |
| 6/26/06 | Standard Prints | .10 |
| 6/26/06 | Fed Exp to:Robert Gasaway,ATLANTA,GA from:Ashley C. Parrish | 11.19 |
| 6/27/06 | Fax Charge, 886-5794 | 1.00 |
| 6/27/06 | Fax Charge, 280-3730 | 11.50 |
| 6/27/06 | Fax Charge, 630-8534 | 11.50 |
| 6/27/06 | Fax Charge, 814-4602 | 11.50 |
| 6/27/06 | Fax Charge, 641-5137 | 11.50 |
| 6/27/06 | Fax Charge, 726-0609 | 11.50 |
| 6/27/06 | Fax Charge, 456-0708 | 11.50 |
| 6/27/06 | Fax Charge, 236-7516 | 11.50 |
| 6/27/06 | Fax Charge, 984-3150 | 11.50 |
| 6/27/06 | Fax Charge, 251-4610 | 11.50 |
| 6/27/06 | Fax Charge, 847-318-9509 | 11.50 |
| 6/27/06 | Fax Charge, 641-1662 | 11.50 |
| 6/27/06 | Fax Charge, 902-1061 | 11.50 |
| 6/27/06 | Fax Charge, 569-3000 | 11.50 |
| 6/27/06 | Fax Charge, 360-6520 | 11.50 |
| 6/27/06 | Fax Charge, 644-5838 | 11.50 |
| 6/27/06 | Fax Charge, 346-9453 | 9.50 |
| 6/27/06 | Fax Charge, 782-8416 | 11.50 |
| 6/27/06 | Fax Charge, 993-9767 | .50 |
| 6/27/06 | Fax Charge, 504-581-3310 | 11.50 |
| 6/27/06 | Fax Charge, 372-2098 | 11.50 |
| 6/27/06 | Fax Charge, 984-7700 | 11.50 |
| 6/27/06 | Fax Charge, 847-696-1410 | 11.50 |
| 6/27/06 | Fax Charge, 977-4405 | 11.50 |
| 6/27/06 | Fax Charge, 507-7210 | 11.50 |
| 6/27/06 | Fax Charge, 701-7711 | 11.50 |
| 6/27/06 | Fax Charge, 641-6895 | 11.50 |
| 6/27/06 | Fax Charge, 606-0207 | 11.50 |
| 6/27/06 | Fax Charge, 993-9767 | 11.50 |

Emerald Casino, Inc.
19 Post-Confirmation / Consummation

Legal Services for the Period Ending June 30, 2006

| Date | Description | Amount |
|---|---|---|
| 6/27/06 | Fax Charge, 886-5794 | 11.50 |
| 6/27/06 | Fax Charge, 814-5024 | 11.50 |
| 6/27/06 | Fax Charge, 876-0288 | 11.50 |
| 6/27/06 | Fax Charge, 527-0484 | 11.50 |
| 6/27/06 | Fax Charge, 251-1160 | 11.50 |
| 6/27/06 | Standard Prints | 3.00 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | .30 |
| 6/27/06 | Standard Prints | .20 |
| 6/27/06 | Standard Prints | .40 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | .50 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | 2.20 |
| 6/27/06 | Standard Prints | .50 |
| 6/27/06 | Standard Prints | 2.20 |
| 6/27/06 | Standard Prints | 2.10 |
| 6/27/06 | Standard Prints | 4.40 |
| 6/27/06 | Standard Copies or Prints | 6.60 |
| 6/27/06 | Standard Prints | .40 |
| 6/27/06 | Standard Prints | .40 |
| 6/27/06 | Standard Prints | .50 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | .50 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | .50 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | .90 |
| 6/27/06 | Standard Prints | 2.80 |
| 6/27/06 | Standard Prints | .20 |
| 6/27/06 | Standard Prints | .20 |
| 6/27/06 | Standard Prints | .50 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | .60 |
| 6/27/06 | Standard Prints | 1.10 |
| 6/27/06 | Standard Prints | .10 |
| 6/27/06 | Standard Prints | 2.80 |
| 6/27/06 | Standard Prints | .90 |
| 6/27/06 | Standard Prints | .30 |
| 6/27/06 | Postage | 14.40 |