# Hilco Industrial, LLC
## Emerald Casino, Inc. - Final Report of Sale
### Table of Contents

| | |
|---|---|
| Page 1 | Distribution of Proceeds |
| Page 2 | Auction Proceeds Summary |
| Pages 3 | Expense Summary |
| Appendix A | Lot Sales Report |
| Appendix B | Registered Buyer Report |

# Hilco Industrial, LLC
## Emerald Casino, Inc. - Final Report of Sale
### Distribution of Proceeds

| | | |
|---|---:|---:|
| Adjusted Gross Proceeds | | 537,466.00 |
| | | |
| Add: | | |
|   Buyer's Premium | 80,619.90 | |
| | | 80,619.90 |
| Less: | | |
|   Hilco Expenses | (22,920.13) | |
|   Buyer's Premium retained by Hilco as per contract | (80,619.90) | |
|   Return of Rent payments by Hilco thru July | (95,050.00) | |
| | | (198,590.03) |
| | | |
| Net Proceeds Available for distribution | | 419,495.87 |

Page 1

# Hilco Industrial, LLC
## Emerald Casino, Inc. - Final Report of Sale
### Auction Proceeds Summary

| | |
|---|---:|
| **Auction Proceeds** (Lot Sales Report attached) | 537,466.00 |
| Sales Adjustments | |
| | 0.00 |
| Aftersale Proceeds | |
| | 0.00 |
| **Adjusted Gross Proceeds** | 537,466.00 |

Page 2

# Hilco Industrial, LLC
## Emerald Casino, Inc. - Final Report of Sale
### Expense Summary

**Advertising**
  Trade Journals
| | | | |
|---|---|---|---|
| Energy & Power Management | 572.00 | | |
| Consulting Specifying Engineer | 1,000.00 | | |
| Electrical Solutions | 520.00 | | |
| The Electrical Advertiser | 465.00 | | |
| Electrical Apparatus | 950.00 | | |
| Electrical Wholesailing | 520.00 | | |
| Diesel Progress North American | 375.00 | | |
| Google | 1,500.00 | | |
| | | 5,902.00 | |
| Total Advertising Expenses | | | 5,902.00 |

**Direct Mail**
  Brochure Costs
| | | | |
|---|---|---|---|
| Printing | 1,547.36 | | |
| Postage and processing | 4,807.83 | | |
| Mailing List | 972.65 | | |
| Total Brochure Cost | | 7,327.84 | |
| E-mail / Fax Marketing | | 3,165.90 | |
| Total Direct Mail Costs | | | 10,493.74 |
| Total Advertising & Direct Mail Costs | | | 16,395.74 |

**Labor**
| | | | |
|---|---|---|---|
| Marketing/Web Development | | 5,390.00 | |
| Total Labor Costs | | | 5,390.00 |

**Travel & Sustenance**
| | | | |
|---|---|---|---|
| Air travel | | 680.60 | |
| Lodging | | 166.14 | |
| Auto Rental, Transportation & Mileage | | 194.19 | |
| Sustenance | | 80.00 | |
| Total Travel & Sustenance | | | 1,120.93 |

**Miscellaneous Expenses**
| | | | |
|---|---|---|---|
| Shipping | | 13.46 | |
| | | | 13.46 |

| | | | |
|---|---|---|---|
| Total Auction Expenses | | | 22,920.13 |

Page 3

# Appendix A

## Lot Sales Report

**Hilco Industrial, LLC**
31555 W. 14 Mile Rd., Suite 207
Farmington Hills, MI 48334
(P) 248 254 9999 (F) 248 254 9995
www.hilcoind.com

Lot Sales Report for Auction:Emerald Casino

This catalog is meant merely as a guide. The Auctioneers do not warrant the accuracy, genuineness, authenticity, description, weight, count or measure of any of the lots specified herein.

| Lot Num. | Description | Buyer | Price | Grp Invno | Seller |
|---|---|---|---|---|---|
| 1 | Detroit Diesel Spectrum Model 2000 DS-4 Standby 3-Phase AC Power Generator, S/N 0664688 | PR235275 | 143,325.00 | 100002 | E653 |
| 2 | Detroit Diesel Spectrum Model 2000 DS - 4 Standby 3-Phase AC Power Generator, S/N 0664686 | PR235275 | 206,847.00 | 100002 | E653 |
| 3 | Detroit Diesel Spectrum Model 2000 DS 4-Standby 3-Phase AC Power Generator, S/N 0664685 | PR235275 | 173,644.00 | 100002 | E653 |
| 4 | Detroit Diesel Spectrum Model 500 DS 4-Standby 3-Phase AC Power Generator, S/N 0654523 | PR235275 | 13,650.00 | 100002 | E653 |
|   |   |   | 537,466.00 |   |   |

Number of Lots    4

**Please watch our for future Hilco Sales at www.hilcoind.com.**

# Appendix B

## Registered Buyer Report

Hilco Industrial, LLC
31555 W. 14 Mile Rd., Suite 207
Farmington Hills, MI 48334
(P) 248 254 9999 (F) 248 254 9995
www.hilcoind.com

Page 1
Printed:08/07/2007 16:25

Registered Buyer Report for Emerald Casino

| Number | Name Company | Address Line 1 Address Line 2 | City,State,Zip Email Address | Phone Phone 2 | Fax Phone Mail Codes | Txbl123 Note |
|---|---|---|---|---|---|---|
| BA235100 | Juan Jose Balver Corporaci=n Industrial Multico, S.A. de | Libramiento Esquina Insurgentes, SN,PTnjamo, | 36900 MEXICO agustinramos@multico.com.mx | 4696921466 | 4696920345 PG | T |
| CO219888 | Michael Cohen | 735 E. Green St. | Bensenville, IL 60106 USA mcohen@aaronequipment.com | (630) 350-2200 | PG | T |
| COOLEST | Jim Smith SMITH MACHINERY | 1287 w | AMES., IA 50014 USA jim@smithmachinery.com | (515) 233-6330 | (515) 232-9411 PG | T |
| CR219906 | Collin Crumback | 2071 60th SE | Kentwood, MI 49508 USA Collin.Crumback@kentwoodps.org | (616) 293-9554 | (616) 698-0695 PG | T |
| KI235525 | Robert Kirby | 404 armour street | davidson, NC 28105 USA bkirby@ctpartsco.com | (704) 892-2028 | PG | T |
| LE231932 | James Leonard Victory Lane, Inc | 9809 Hamilton Road | Eden Prairie, MN 55344 USA jimleonard@rileyenvironmental.net | (952) 947-0779 | (952) 947-0787 PG | T |
| MBCTECH | Michael Stahlnecker MBC Tech | 3356 Fort Meade Rd. SUite 100 | Laurel, MD 20724 USA jclamor@mbctechnologies.com | (301) 369-4001 | (301) 206-2014 PG | T |
| MC235374 | Mark Mcelyea Power and Compression Sales Inc. | 3124 Del Oceano Dr. | Lafayette, CA 94549 USA powcom@comcast.net | (925) 935-5700 | (925) 935-6883 PG | T |
| PA89258 | William Pai AADI | 500 turnes dr. | Monroe, MI 48162 USA billpai@aadi.com | (734) 243-2469 | (734) 243-5262 PG | T |
| PR235275 | Sherrie Prete Wabash Power Equipment Co. | 444 Carpenter Ave. | Wheeling, IL 00060 USA sherrie@wabashpower.com | (847) 541-5600 | (847) 541-1279 PG | E |
| RALPHGU | Rafael Caballero | 2125 Rochester Drive | Montgomery, IL 60538 USA ralphsr@gustopack.com | (630) 896-8608 | (630) 896-9698 PG | T |
| USEDENG | Edward Vecchiarelli Diesel Service and Supply, Inc. | 755 N 9th Ave | Brighton, CO 80603 USA sales@dieselserviceandsupply.com | (303) 659-2073 | (303) 659-7923 PG | T |

Number of Registered Buyers on Report 12