IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------- X

In re                                    Chapter 11

**EMERALD CASINO, INC.,**                Case No. 02 B 22977

Debtor.                                  Chief Judge Eugene R. Wedoff

------------------------------- X

### ORDER ALLOWING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HILCO INDUSTRIAL, LLC AS ASSET DISPOSITION SERVICE PROVIDER TO THE DEBTOR

Upon the Application (the "Application") of Hilco Industrial, LLC, ("Hilco"), asset disposition service provider to Emerald Casino, Inc., as debtor and debtor-in-possession herein (the "Debtor"), for an order awarding Hilco allowance of compensation for actual and necessary professional services rendered in the amount of $175,669.90, together with reimbursement for actual and necessary expenses incurred in the amount of $22,920.13 in connection therewith, for the period April 26, 2007 through July 31, 2007 (the "Application Period"); the Court having reviewed the Application; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after notice and opportunity for a hearing to consider the Application; and upon the record and after due deliberation thereon; and due and proper notice of the Application having been given; and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED**:

1. The Application is **GRANTED**;

2. Hilco is allowed compensation as requested in its entirety and on a final basis in the amount of $175,669.90, together with reimbursement for actual and necessary expenses incurred in the amount of $22,920.13 in connection therewith. All such objections are overruled to the extent not withdrawn or previously resolved;

3. The Court shall retain jurisdiction over any matter arising out of and related to this Order and the Application.

Dated: _____, 2007

_____
UNITED STATES BANKRUPTCY JUDGE