UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                       )   Chapter 11
                                             )
Emerald Casino, Inc.,                        )   Case No. 02 B 22977
                                             )   Judge Eugene R. Wedoff
            Debtor.                          )

### Order Converting Case Under Chapter 11
### To Case Under Chapter 7

This case is before the court on the United States Trustee's motion under 11 U.S.C. § 1112(b) to convert this Chapter 11 case to a case under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*. After notice and a hearing, the Court orders as follows:

1. This case is converted to a case under Chapter 7;

2. The Debtor shall,

   a. On or before ~~March 28, 2008~~ **APRIL 7, 2008** account for and turn over to the Chapter 7 Trustee all records and property of the estate under its custody and control as required by Fed. R. Bankr. P. 1019(4);

   b. On or before ~~April 3, 2008~~ **APRIL 7, 2008** file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case (including the names and addresses of all creditors) as required by Fed. R. Bankr. P. 1019(5);

   c. On or before **April 18, 2008** file a final report and account as required by Fed. R. Bankr. P. 1019(5); and

   d. Within 15 days after the entry of this order, file the statements and schedules required by Fed. R. Bankr. P. 1019(1) and 1007(b), if such documents have not already been filed.

3. Pursuant to Fed. R. Bankr. P. 9001(5), the court designates and hereby orders **John P. McMahon** ("Designated Person") to perform the acts the Debtor is required to perform by this order and the Federal Rules of Bankruptcy Procedure.

ENTER:

*[signature]*
Eugene R. Wedoff
United States Bankruptcy Judge

Dated: March 19, 2008