IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| EMERALD CASINO, INC., | ) | Case No. 02-22977 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |

**NOTICE OF DEADLINE FOR FILING CHAPTER 11 ADMINISTRATIVE
EXPENSE CLAIMS, INCLUDING FINAL FEE APPLICATIONS**

      **PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") has entered an order pursuant to which all persons and entities must file by motion to the Bankruptcy Court, **on or before June 28, 2016 (the "Chapter 11 Administrative Bar Date"),** requests for allowance of administrative expenses under 11 U.S.C. § 503(b) (the "Chapter 11 Administrative Expenses") that first arose on or after **September 10, 2002 through and including March 18, 2008** (the "Chapter 11 Administrative Period"), except for certain excluded administrative expenses described herein ("Excluded Administrative Expenses").

      Professionals employed by Emerald Casino, Inc. (the "Debtor") pursuant to 11 U.S.C. §327 or employed by the Official Committee of Unsecured Creditors appointed in this bankruptcy case pursuant to 11 U.S.C. § 1103 (collectively, the "Professionals") that have not done so already, must file final fee applications on or before the Chapter 11 Administrative Bar Date for services provided during the Chapter 11 Administrative Period ("Chapter 11 Final Fee Applications").

> **EXCEPT FOR HOLDERS OF EXCLUDED ADMINISTRATIVE EXPENSES, ANY HOLDER OF A CHAPTER 11 ADMINISTRATIVE EXPENSE ("CHAPTER 11 ADMINISTRATIVE CLAIMANT") WHO FAILS TO FILE A CHAPTER 11 FINAL FEE APPLICATION OR OTHER REQUEST FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSE ("CHAPTER 11 ADMINISTRATIVE REQUEST") ON OR BEFORE THE CHAPTER 11 ADMINISTRATIVE BAR DATE SHALL BE FOREVER BARRED FROM ASSERTING ITS CHAPTER 11 ADMINISTRATIVE EXPENSE AGAINST THE ESTATE AND RECEIVING PAYMENT OR DISTRIBUTION FROM THE ESTATE ON ACCOUNT OF SUCH CHAPTER 11 ADMINISTRATIVE EXPENSE.**

      Each Chapter 11 Administrative Request must be noticed for a hearing before the Bankruptcy Court on **September 13, 2016** at **10:00 a.m.** (Central Time). The Bankruptcy Court will hold an omnibus status hearing with respect to all filed Chapter 11 Administrative Requests at that time, at which hearing the Bankruptcy Court may enter an order allowing those Chapter 11 Administrative Expenses as to which no objections have been filed, and continuing the remaining Chapter 11 Administrative Requests to a later date

without further notice to Chapter 11 Administrative Claimants. Allowed Chapter 11 Administrative Expenses will be paid pursuant to further order of the Bankruptcy Court.

Holders of the following Excluded Administrative Expenses need not file Chapter 11 Administrative Requests as set forth herein:

a) Parties that already have properly filed Chapter 11 Administrative Requests with the Bankruptcy Court; and

b) Parties whose Chapter 11 Administrative Expenses previously have been allowed by order of the Bankruptcy Court.

Chapter 11 Administrative Requests must be filed by motion to the Bankruptcy Court so as to be received by the Clerk of the Bankruptcy Court on or before the Chapter 11 Administrative Bar Date, either (a) by electronic filing through the Bankruptcy Court's Case Management/Electronic Case Filing System (which requires a Bankruptcy Court-issued password) or (b) by mailing the request to the following address:

> United States Bankruptcy Court
> Dirksen Federal Building
> 219 South Dearborn Street, Room 713
> Chicago, Illinois 60604

Chapter 11 Administrative Requests will be deemed filed only as of the date filed through the Bankruptcy Court's Case Management/Electronic Case Filing System or when received at the above address.

Any objections to Chapter 11 Administrative Requests must be filed by **August 23, 2016**.

A hearing on Chapter 11 Administrative Requests will be held on **September 13, 2016** at **10:00 a.m.**

Dated: April 27, 2016                FRANCES GECKER, solely as Chapter 7 Trustee of Emerald Casino, Inc.,

By: /s/ Micah R. Krohn
One of her attorneys

Frances Gecker
Micah R. Krohn (Atty. No. 6217264)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035

{EMERALD/001/00046133.DOCX/}