UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 02-22977 |
| | ) | |
| EMERALD CASINO INC., | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF RON BRAVER AND ASSOCIATES, LLC FOR ALLOWANCE OF COMPENSATION AND EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon consideration of the First and Final Application of Ron Braver and Associates, LLC ("Braver") for professional services performed by Braver for the period April 27, 2018 through February 8, 2019 (the "Application"); due and proper notice of the Application having been given to all parties entitled thereto; the Court having heard the statements of counsel and otherwise being fully advised in the premises; and the Court having jurisdiction over this core proceeding:

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. Braver's fees in the amount of $336,883.50 for services performed by Braver during the period April 27, 2018 through February 8, 2019 are hereby allowed.

3. Braver's expenses in the amount of $2,166.25 incurred in connection therewith during the period April 27, 2018 through February 8, 2019 are hereby allowed.

4. The Trustee is authorized and directed to pay Braver fees and expenses incurred in the aggregate amount of $339,049.75, less any amounts previously paid.

5. The Court shall retain jurisdiction over any and all disputes arising out of or otherwise relating to the interpretation, performance and enforcement of the terms and provisions of this Order.

6. The Trustee is authorized to file Group Exhibit B to the Application under seal. Access to Group Exhibit B will be prohibited without further order of the Court. Group Exhibit B will be disposed of following the conclusion of this case consistent with Local Bankruptcy Rule 5005-4.G.

Enter:

*[signature]*

United States Bankruptcy Judge

Dated: 4/2/2019

**Prepared by:**
Micah R. Krohn (IL ARDC #6217264)
FRANKGECKER LLP

Rev: 20151029_bko

1327 W. Washington Blvd., Ste. 5G-H
Chicago, Illinois 60607
Tel.: (312) 276-1400
mkrohn@fgllp.com