UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 02-22977
)
EMERALD CASINO INC., )  Chapter: 7
)
)  Honorable Deborah L. Thorne
)
)
Debtor(s) )

**ORDER APPROVING SECOND AND FINAL APPLICATION OF DEVELOPMENT SPECIALISTS, INC. FOR ALLOWANCE OF COMPENSATION AND EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon consideration of the Second and Final Application of Development Specialists, Inc. ("DSI") for professional services performed by DSI for the period May 1, 2018 through February 7, 2019 (the "Application"); due and proper notice of the Application having been given to all parties entitled thereto; the Court having heard the statements of counsel and otherwise being fully advised in the premises; and the Court having jurisdiction over this core proceeding:

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. DSI's fees in the amount of $324,227.50 for services performed by DSI during the period May 1, 2018 through February 7, 2019 are hereby allowed.

3. DSI's expenses in the amount of $5,845.04 incurred in connection therewith during the period May 1, 2018 through February 7, 2019 are hereby allowed.

4. The Trustee is authorized and directed to pay DSI fees and expenses incurred in the aggregate amount of $330,072.54, less any amounts previously paid.

5. The Court shall retain jurisdiction over any and all disputes arising out of or otherwise relating to the interpretation, performance and enforcement of the terms and provisions of this Order.

6. The Trustee is authorized to file Exhibit B to the Application under seal. Access to Exhibit B will be prohibited without further order of the Court. Exhibit B will be disposed of following the conclusion of this case consistent with Local Bankruptcy Rule 5005-4.G.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: April 02, 2019

**Prepared by:**

Micah R. Krohn (IL ARDC #6217264)
FRANKGECKER LLP
1327 W. Washington Blvd., Ste. 5G-H
Chicago, Illinois 60607
Tel.: (312) 276-1400
mkrohn@fgllp.com