# EXHIBIT A

# EXHIBIT A

FRANCES GECKER, NOT INDIVIDUALLY BUT SOLELY AS
CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY
ESTATE OF EMERALD CASINO, INC.

### FIRST INTERIM FEE APPLICATION

### SUMMARY OF PROFESSIONAL SERVICES FOR WHICH COMPENSATION IS SOUGHT

| Name | Title | Hours |
|---|---|---|
| **PRINCIPAL WORKING ATTORNEYS**[1] | | |
| Robert L. Graham | Partner | 5,588.75 |
| Catherine L. Steege | Partner | 4,830.75 |
| Keri Holleb Hotaling | Partner | 6,281.50 |
| Seth J. Schriftman | Staff Attorney | 6,769.50 |
| Angela L. Davis | Associate/Staff Attorney | 1,703.25 |
| **SPECIALIZED PRACTICE AREAS**[2] | | |
| Barry Levenstam | Partner | 433.25 |
| Joel T. Pelz | Partner | 245.25 |
| John J. Buttita | Partner | 39.25 |
| **RESEARCH AND DOCUMENT REVIEW**[3] | | |
| Jennifer L. Cassel | Associate | 967.25 |
| Landon S. Raiford | Associate/Partner | 720.00 |
| Andrew D. Kennedy | Associate | 636.00 |
| Emily A. Calwell | Associate | 353.75 |

---

[1] Robert Graham, Catherine Steege, and Keri Holleb Hotaling were members of the Bankruptcy and District Court trial teams and took a lead role in pretrial discovery. In addition, these attorneys were the primary drafters of the Trustee's pleadings, dispositive motions, proposed findings of fact and conclusions of law, as well as all post-trial briefs and represented the Trustee in mediation.

[2] Certain situations necessitated that the principal working attorneys consult with certain other members of the firm. John Buttita was consulted for his expertise in estate planning matters after the deaths of Donald F. Flynn, Peer Pedersen, and Kevin F. Flynn. Barry Levenstam was consulted for his expertise in appellate matters upon the filing of the request for a writ of mandamus from the Seventh Circuit and later assisted with certain post-trial briefs and will take a role in the upcoming appeal. Joel Pelz was consulted on financial issues and participated in mediation with the Hon. Wayne Andersen (Ret.) while principal working counsel was preparing for trial in the Bankruptcy court in October 2010.

[3] Given the large number of issues this case raised and the extensive briefing which was at times under extraordinarily tight deadlines, from time to time the principal working attorneys enlisted the assistance of junior associates and staff attorneys for document review, cite checking, and legal research projects. For example, approximately 600 boxes of documents were required to be reviewed prior to the Trustee's production of 21,439 pages of documents, which included all of Emerald's corporate records, the IGB files relating to the tenth gaming license, and Emerald's counsel's files including but not limited to those from the law firms of Clifford Law Offices, Bell Boyd & Lloyd, Kirkland & Ellis, Pedersen & Houpt, Ungaretti & Harris, and Hopkins & Sutter.

**EXHIBIT A**

| Name | Title | Hours |
|---|---|---:|
| Andrew S. Nicoll | Associate | 323.75 |
| Angela M. Allen | Associate/Partner | 247.00 |
| Lauren Sylvester Berheide | Associate | 216.00 |
| Melissa M. Root | Associate/Partner | 173.50 |
| Michaelene R. Martin | Associate | 166.25 |
| Michael J. Kelly | Associate | 114.00 |
| Suzanne M. Courtheoux | Associate | 106.75 |
| Marek H. Badyna | Staff Attorney | 1,368.00 |
| Joseph P. Weber | Staff Attorney | 1,116.75 |
| Laura B. Duchesne | Staff Attorney | 718.75 |
| Spiridoula Mavrothalasitis | Staff Attorney | 181.25 |
| **PARAPROFESSIONALS[4]** | | |
| Debra E. Abelson | Senior Paralegal | 3,708.00 |
| Cassandra D. Smith | Senior Paralegal | 1,557.25 |
| Michael H. Matlock | Senior Paralegal | 500.25 |
| David A. Love | Project Assistant | 688.25 |
| Matthew P. Prather | Project Assistant | 642.25 |
| Maggie Webb | Project Assistant | 492.25 |
| Annette M. Young | Project Assistant | 128.75 |
| **TOTAL** | | **41,017.50** |

---

[4] Cassandra Smith was initially the principal litigation paralegal, and after she left Jenner, Debra Abelson became the principal litigation paralegal on the team.  Michael Matlock was the principal bankruptcy paralegal on the team.  The principal paralegals regularly enlisted the assistance of project assistants who, for example, located and provided all cited case law from opposing counsel briefs, prepared exhibits for trial, maintained the case file, and assisted in document productions.

# EXHIBIT A

2

**SECOND INTERIM FEE APPLICATION**

**SUMMARY OF PROFESSIONAL SERVICES
FOR WHICH COMPENSATION IS SOUGHT**

| Name | Title | Hours |
|---|---|---|
| **PRINCIPAL WORKING ATTORNEYS**[5] | | |
| Robert L. Graham | Partner | 25.00 |
| Catherine L. Steege | Partner | 208.25 |
| Keri Holleb Hotaling | Partner | 100.00 |
| Barry Levenstam | Partner | 466.50 |
| R. Trent McCotter | Associate | 600.25 |
| **PARAPROFESSIONALS** | | |
| Marty Frances Patston | Senior Paralegal | 102.20 |
| **TOTAL** | | **1,502.20** |

---

[5] Robert Graham, Catherine Steege, and Keri Holleb Hotaling were members of the Bankruptcy and District Court trial teams and took a lead role in pretrial discovery. In addition, these attorneys were the primary drafters of the Trustee's pleadings, dispositive motions, proposed findings of fact and conclusions of law, as well as all post-trial briefs and represented the Trustee in mediation. They continue to work on the appeals and collection matters. Mr. Levenstam and Mr. McCotter assisted with the appeals.

**EXHIBIT A**

3

# THIRD INTERIM FEE APPLICATION

## SUMMARY OF PROFESSIONAL SERVICES
## FOR WHICH COMPENSATION IS SOUGHT

| Name | Title | Hours |
|---|---|---|
| **PRINCIPAL WORKING ATTORNEYS[6]** | | |
| Catherine L. Steege | Partner | 2,074.25 |
| Keri Holleb Hotaling | Partner | 3,016.00 |
| John D. VanDeventer | Associate | 2,971.50 |
| Manuel C. Possolo | Associate | 1,124.25 |
| Scott M. De Nardo | Staff Attorney | 2,090.50 |
| **SPECIALIZED PRACTICE AREAS[7]** | | |
| Barry Levenstam | Partner | 235.50 |
| H. Debra Levin | Partner | 65.25 |
| **RESEARCH AND DOCUMENT REVIEW[8]** | | |
| Angela M. Allen | Partner | 59.25 |
| Bernadette M. Walli | Associate | 48.00 |
| Darina A. Koleva | Associate | 34.00 |
| Mila Babic | Associate | 46.50 |
| Richard T. McCotter | Associate | 30.75 |
| Roni J. Cohen | Associate | 46.50 |
| William A. Williams | Associate | 119.25 |
| Regina M. Wood | Clerk | 1,199.75 |
| Amanda K. Ellis | Discovery Attorney | 150.75 |
| Charles E. Downs | Discovery Attorney | 51.25 |

---

[6] Catherine Steege and Keri Holleb Hotaling were members of the District Court trial team and took a lead role in supplemental proceedings. In addition, these attorneys were the primary drafters of the Trustee's pleadings, including the Trustee's appellate briefs, LKQ Turnover Motion, Trust Turnover Motion and represented the Trustee in mediation.

[7] Certain situations necessitated that the principal working attorneys consult with certain other members of the firm. Barry Levenstam was consulted for his expertise in all appellate matters. Debra Levin was consulted for her expertise in trust matters at issue in the supplemental proceedings.

[8] Given the document intensive nature of the supplemental proceedings and the variety of legal issues at play, the principal working attorneys enlisted the assistance of junior associates, staff attorneys, and discovery center attorneys for document review and legal research projects. For example, over 168,500 documents totally over 493,750 pages were required to be reviewed, which included all of the financial, accounting, banking, and tax records for the Trust from its inception in 1992 until the date of Kevin Flynn's death in August 2013.

# EXHIBIT A

4

| Name | Title | Hours |
|---|---|---:|
| Dimitry Halvorsen | Discovery Attorney | 132.50 |
| J. David Pedraza | Discovery Attorney | 69.50 |
| Katherine A. Eisenmann-Cabral | Discovery Attorney | 62.00 |
| Kathleen D. Olivi | Discovery Attorney | 620.25 |
| Kyle J. Dart | Discovery Attorney | 97.75 |
| Leah J. Starkman | Discovery Attorney | 145.00 |
| Mikkel R. Michelson | Discovery Attorney | 239.50 |
| Paul P. Brumbach | Discovery Attorney | 1,098.75 |
| Robert M. Strom | Discovery Attorney | 1,765.50 |
| Shirley M. Michel | Discovery Attorney | 894.00 |
| Todd N. Severns | Discovery Attorney | 50.50 |
| Andrew D. Hoeg | Staff Attorney | 189.00 |
| Anne E. Brynn | Staff Attorney | 20.25 |
| Laura J. Jozaitis | Staff Attorney | 374.50 |
| Patrick Vining | Staff Attorney | 25.50 |
| Peter A. Shakotko | Staff Attorney | 33.75 |
| Stefano Mauro Viola | Staff Attorney | 395.75 |
| Timothy M. Fuller | Staff Attorney | 183.00 |
| Veronica Lopez | Staff Attorney | 233.00 |
| **PARAPROFESSIONALS[9]** | | |
| Annette M. Young | Project Assistant | 282.00 |
| Casey J. Gioielli | Paralegal | 101.00 |
| Charlotte M. Stretch | Paralegal | 65.50 |
| Debra E. Abelson | Paralegal | 404.25 |
| Julia M. Hartl | Paralegal | 67.00 |
| Kevin O. Garcia | Paralegal | 122.25 |
| Madison L. Amboian | Paralegal | 75.25 |
| Mary F. Patston | Paralegal | 137.25 |

---

[9] Debra Abelson was the principal paralegal on the team and Annette Young was the principal Project Assistant. Wenette Belcher was the principal trial paralegal and a number of other paralegals assisted during the trial only. The trial paralegal team prepared exhibits for trial, assisted with witness file preparation, and ensured the proper materials were in court each day.

**EXHIBIT A**

5

| Name | Title | Hours |
|---|---|---:|
| Michael V. Fuentes | Paralegal | 28.75 |
| Michaela E. Novakovic | Paralegal | 33.00 |
| Wenette Belcher | Paralegal | 231.75 |
|  | **TOTAL** | **21,541.25** |

# EXHIBIT A

## FOURTH INTERIM FEE APPLICATION

### SUMMARY OF PROFESSIONAL SERVICES
### FOR WHICH COMPENSATION IS SOUGHT

| Name | Title | Hours |
|---|---|---|
| **PRINCIPAL WORKING ATTORNEYS** | | |
| Catherine L. Steege | Partner | 124.30 |
| Keri Holleb Hotaling | Partner | 245.80 |
| John D. VanDeventer | Associate | 253.40 |
| Scott M. De Nardo | Department Counsel | 22.00 |
| Matthew T. Par | Discovery Attorney | 1.00 |
| **PARAPROFESSIONALS** | | |
| Debra Abelson | Senior Paralegal | 89.70 |
| Annette M. Young | Specialist | 19.40 |
| **TOTAL** | | **755.60** |

# EXHIBIT A

7

**FIFTH AND FINAL FEE APPLICATION**

**SUMMARY OF PROFESSIONAL SERVICES
FOR WHICH COMPENSATION IS SOUGHT**

| Name | Title | Hours |
|---|---|---|
| **PRINCIPAL WORKING ATTORNEYS** | | |
| Catherine L. Steege | Partner | 28.25 |
| Keri Holleb Hotaling | Partner | 11.50 |
| John D. VanDeventer | Associate | .50 |
| **PARAPROFESSIONALS** | | |
| Debra Abelson | Senior Paralegal | 7.75 |
| Catherine R. Caracci | Paralegal | 2.00 |
| **TOTAL** | | **50.00** |

**TOTAL HOURS:  64,866.55**

**EXHIBIT A**

8