# EXHIBIT B

# EXHIBIT B

### In re Emerald Casino
### 02 B 22977

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| 1/06/21 | Pacer Service Center - Access to Electronic Records from 10/1/2020 to 12/31/2020 | 22.90 |
| 1/06/21 | Pacer Charges; PACER SERVICE CENTER; 01/06/2021; Period 10/01/2020-12/31/2020 | .80 |
| 3/31/21 | Westlaw Research | 7.64 |
| 4/23/21 | 2021 Quarter 1 PACER Charges | 14.00 |
| | TOTAL DISBURSEMENTS | $45.34 |

# EXHIBIT B